USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINERVA MARINE INC.,
individually and on behalf of
M/V MINERVA VERA (IMO No. 9411941),

                                        Plaintiffs,

            -against-

O.W. BUNKER MALTA LIMITED,
SEKA S.A., and ING BANK N.V.
                                        Defendants.

15-CV-8724 (VEC)

**ORDER**

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 29, 2020, the parties appeared for a telephone conference;

IT IS HEREBY ORDERED that for the reasons stated at the conference, the parties must

meet and confer to determine whether they can agree upon a stipulation to toll any applicable

statute of limitations that would apply to claims Defendants may wish to pursue in a potential

future arbitration in London.  The parties must submit a joint letter to this Court updating the

Court on the status of such a stipulation by no later than **Thursday, November 12, 2020**.

IT IS FURTHER ORDERED that the parties must inform the Court by no later than

**Thursday, November 12, 2020**, whether there is any reason to proceed with deciding ING's

Motion to Dismiss, *see* Dkt. 28, prior to the resolution of the pending action before the Greek

courts.

**SO ORDERED.**

**Date:  October 29, 2020**
**        New York, New York**

**VALERIE CAPRONI**
**United States District Judge**